59909, 59910, 59911. CAROLINA CASUALTY INSURANCE COMPANY et al. v. DAVALOS (three cases).

QUILLIAN, Chief Judge.
Division 2 of the opinion and the judgment of the court in this case, 154 Ga. App. 776 (269 SE2d 897), having been reversed by the Supreme Court on certiorari, 246 Ga. 746 (272 SE2d 702), Division 2 and the judgment are hereby vacated, the decision of the Supreme Court is adopted as Division 2 of our decision, and the judgment of the trial court is reversed.

*Judgment reversed. Shulman, P. J., and Carley, J., concur.*

DECIDED FEBRUARY 4, 1981.

*Eugene A. Epting,* for appellants.
*Peter J. Rice, Jr., James L. Cline, Jr.,* for appellee (case no. 59909).
*David G. Kopp,* for appellee (case nos. 59910, 59911).